Electronically Filed
4/23/2015 4:48:24 PM
Debra Crow
Guadalupe County District Clerk
Johna Roberts, Deputy

NO. 2011-2202-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/5/2015 3:51:59 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| ABDUL H. NUBANI<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 25TH JUDICIAL DISTRICT |
| COUNTY OF GUADALUPE AND<br>RANDALL R. SMIDT<br>Defendants. | §<br>§<br>§<br>§ | OF GUADALUPE COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff, Abdul H. Nubani, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on January 27, 2015.

Abdul H. Nubani desires to appeal the Final Judgment signed on January 27, 2015.

This appeal is being taken to the Fourth Court of Appeals.

This notice is being filed by Abdul H. Nubani.

Respectfully submitted,
THE LAW OFFICE OF JAMES S. FROST
113 W. Gonzales Street
Seguin, Texas 78155
830-303-0404
830-303-8584 (facsimile)

By: _____
JAMES S. FROST
State Bar Card No. 07489500

Attorney for Plaintiff Abdul H. Nubani

## CERTIFICATE OF SERVICE

I certify that on April 23, 2015, a true and correct copy of Plaintiff's Notice of Appeal was served to each person listed below by electronic delivery and first class mail:

rsmidt@yahoo.com
Randall R. Smidt
1207 Bay Oaks Road
Houston, Texas 77008

mtepper@mvbalaw.com
Matthew Tepper
McCreary, Veselka, Bragg & Allen, P.C.
700 Jeffrey Way, Suite 100
Round Rock, Texas 78665

_____
JAMES S. FROST